IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITA CODERRE, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT BURTON, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00965-TLN-DMC<br><br>**ORDER GRANTING STIPULATION TO DISMISS FOURTH CAUSE OF ACTION, NEGLIGENCE/WRONGFUL DEATH, AND RELATED PUNITIVE DAMAGES CLAIM AGAINST DEFENDANTS BURTON AND AREF** |

   Plaintiff Rita Coderre and Defendants R. Buton and S. Aref have stipulated to dismiss the fourth cause of action alleged in the second amended complaint, negligence/wrongful death, against these Defendants.  The parties have further stipulated to dismiss Plaintiff's punitive damages claim alleged in the second amended complaint against Defendants R. Burton and S. Aref attendant to the fourth cause of action, negligence/wrongful death.

   Having read and considered the parties stipulation, the parties' stipulated request is **GRANTED**.  The Court hereby dismisses the fourth cause of action alleged in the second amended complaint, negligence/wrongful death, against Defendants Burton and Aref without prejudice and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court further dismisses the punitive damages claim alleged in the second amended complaint against

1

Order Grant. Req. to Dismiss 4th CoA and Related Pun. Damages Claim Against Defs. Aref & Burton (2:21-cv-00965-TLN-DMC)

Defendants R. Burton and S. Aref attendant to the fourth cause of action, negligence/wrongful death.

Dated: September 28, 2023

    _____
    Troy L. Nunley
    United States District Judge

2

Order Grant. Req. to Dismiss 4th CoA and Related Pun. Damages Claim Against Defs. Aref & Burton (2:21-cv-00965-TLN-DMC)