IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITA CODERRE, et al.,** | Case No. 2:21-cv-00965-TLN-DMC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEWLY ADDED DEFENDANTS DURAN, LOR, SLOAN, XIONG, MORENO, AND WALTERS TO FILE RESPONSIVE PLEADING** |
| v. | |
| **ROBERT BURTON, et al.,** | |
| Defendants. | |

Plaintiff Rita Coderre and Defendants R. Buton, S. Aref, J. Duran, X. Lor, J. Sloan, V. Xiong, M. Moreno, and J. Walters have stipulated to extend the time for newly added Defendants, J. Duran, X. Lor, J. Sloan, V. Xiong, M. Moreno, and J. Walters to file a responsive pleading to the second amended complaint, including a motion to dismiss, for 14 days from the date the last of these newly added Defendants is served. The parties have further stipulated that counsel for Plaintiff will advise counsel for Defendants within 1 court day after service has been achieved on the last of these newly added Defendants.

Having read and considered the parties stipulation, the parties' stipulated request is **GRANTED**. The time for Defendants J. Duran, X. Lor, J. Sloan, V. Xiong, M. Moreno, and J. Walters to file a responsive pleading to the second amended complaint is extended for 14 days from the date service on the last of these Defendants. It is further ordered that counsel for

Plaintiff shall advise counsel for Defendants within 1 court day after service has been achieved on the last of these newly added Defendants.

**IT IS SO ORDERED.**

Dated:  October 13, 2023

Troy L. Nunley
United States District Judge