IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITA CODERRE, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT BURTON, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00965-TLN-DMC<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO TAKE DEPOSITION OF JOSHUA RUDIGER, AN INCARCERATED PERSON** |

Defendants Aref, Burton, Moreno, Walters, and Xiong (Defendants) move for leave to take the deposition of Joshua Rudiger, an incarcerated person.  For good cause shown, the motion is **GRANTED**.  Defendants may depose Joshua Rudiger, CDCR No. P70495, in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means if they choose.

**IT IS SO ORDERED**.

Dated:  March 11, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE