1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **RITA CODERRE, et al.,**                    Case No. 2:21-cv-00965-TLN-DMC

                                    Plaintiff,
13                                                **ORDER**

14                    **v.**

15   **ROBERT BURTON, et al.,**

16                                   Defendants.

17

18        Defendants Aref, Burton, Moreno, Walters, and Xiong (Defendants) move for leave to take

19   the deposition of Mitchell Johnson, an incarcerated person.  See ECF No. 55.  For good cause

20   shown, the motion is **GRANTED**.  Defendants may depose Mitchell Johnson, CDCR No.

21   P63158, in accordance with the Federal Rules of Civil Procedure and the institution's rules and

22   regulations, including the presence of correctional officers during the deposition, and may take

23   the deposition by remote means if they choose.

24        **IT IS SO ORDERED.**

25

26        Dated:  April 30, 2025

27                                              _____
                                               DENNIS M. COTA
28                                             UNITED STATES MAGISTRATE JUDGE