1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| RITA CODERRE and AARON DEREK CODERRE, DECEASED, through his Successor in Interest, RITA CODERRE,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT BURTON, Individually as Acting Warden of CHCF; SHEREEF AREF, Individually as Health Care Executive at CHCF; Sgt. J. WALTERS, Sgt. M. MORENO, Officer X. LOR, Officer J. DURAN, Officer J. SLOAN, Officer V. XIONG, in their individual capacities.,<br><br>          Defendants. | Case No. 2:21-cv-00965-TLN-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND INITIAL PRETRIAL SCHEDULING ORDER [DOC #3] DUE TO COMMENCEMENT OF SETTLEMENT DISCUSSIONS**<br><br><br><br>Judge:   Hon. Troy L. Nunley<br><br>Action Filed:    5/28/21<br>Pre-Trial Conf.:  TBD<br>Trial Date:      TBD |

23          GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' joint

24   stipulation to continue the remaining pretrial deadlines in the Initial Pretrial

25   Scheduling Order [Doc. #3].  The deadlines are hereby continued, as follows:

26   ///

27   ///

28   ///

| Event (per Initial Pretrial Scheduling Order [Doc. #3]) | Prior Date | New Date |
|---|---|---|
| Expert Disclosures | July 14, 2025 | October 14, 2025 |
| Supplemental Expert Disclosures | August 13, 2025 | November 13, 2025 |
| Dispositive Motions | February 9, 2026 | May 11, 2026 |

IT IS SO ORDERED.

Dated July 11, 2025

_____

Honorable Troy L. Nunley
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4927-6886-6133 v1

2

2:21-cv-00965-TLN-DMC
ORDER RE STIP. RE DATES