IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITA CODERRE, et al.,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**ROBERT BURTON, et al.,**<br><br>                              Defendants. | Case No. 2:21-cv-00965-TLN-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER (ECF No. 59)** |

   GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' joint stipulation to modify the scheduling order (ECF No. 59).  The deadlines are extended as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Expert Disclosures | October 14, 2025 | November 13, 2025 |
| Supplemental Expert Disclosures | November 13, 2025 | December 15, 2025 |
| Dispositive Motions | May 11, 2026 | June 10, 2026 |

1

1  **IT IS SO ORDERED.**

2  Dated: September 2, 2025

3  _____
Troy L. Nunley
Chief United States District Judge

2

Order Granting Joint Stip. Modify Sched. Order (2:21-cv-00965-TLN-DMC)